Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17−11052−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew O Armour
   268 North Mountain Ave
   Upper Montclair, NJ 07043

Social Security No.:
   xxx−xx−5812

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/6/17
Time:              10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 2, 2017
JAN: wdh

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-11052-VFP
Andrew O Armour                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 02, 2017
                      Form ID: 132    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
```
db             +Andrew O Armour,    268 North Mountain Ave,    Upper Montclair, NJ 07043-1019
516598505      +Acs/Chela Fin Usa,    Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516598506      +Acs/mefa,    501 Bleecker St,    Utica, NY 13501-2401
516598507      +Acs/mefa,    Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516598509      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516661745       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516598510       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516598513      +Ironbrand Trading, Inc.,    268 North Mountain Ave.,    Montclair, NJ 07043-1019
516598514       KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
                 Philadelphia, PA 19106
516648518      +MEFA,    c/o Donohoe Law, P.C.,    17 Railroad Avenue, 1st Floor,    Duxbury, MA 02332-3807
516598515      +Midland Mortgage Company,    Attn: Bankruptcy,    Po Box 26648,    Oklahoma City, OK 73126-0648
516598516       PNC Bank,    One PNC Plaza,    249 Fifth Ave.,    Pittsburgh, PA 15222-2707
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2017 22:45:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516598508       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 02 2017 22:45:22     Am Honda Fin,    Po Box 168088,
                 Irving, TX 75016
516598511      +E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2017 22:44:32     G M A C,    Po Box 130424,
                 Roseville, MN 55113-0004
516598512      +E-mail/Text: bankruptcy@icsystem.com Mar 02 2017 22:45:46     IC Systems, Inc,
                 444 Highway 96 East,    St Paul, MN 55127-2557
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Andrew O Armour ssherman@minionsherman.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```