Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−11052−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew O Armour
   268 North Mountain Ave
   Upper Montclair, NJ 07043

Social Security No.:
   xxx−xx−5812

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      8/17/17
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott Sherman

COMMISSION OR FEES
700.00

EXPENSES
7.34

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 26, 2017
JAN: jf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-11052-VFP
Andrew O Armour                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Jul 26, 2017
                              Form ID: 137           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
```
db           +Andrew O Armour,    268 North Mountain Ave,    Upper Montclair, NJ 07043-1019
516598509    +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516661745     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516598510     First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516598512    +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516598513    +Ironbrand Trading, Inc.,    268 North Mountain Ave.,    Montclair, NJ 07043-1019
516598514     KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
               Philadelphia, PA 19106
516648518    +MEFA,    c/o Donohoe Law, P.C.,    17 Railroad Avenue, 1st Floor,    Duxbury, MA 02332-3807
516735912    +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City, OK 73118-6051
516598515    +Midland Mortgage Company,    Attn: Bankruptcy,    Po Box 26648,    Oklahoma City, OK 73126-0648
516598516     PNC Bank,    One PNC Plaza,    249 Fifth Ave.,    Pittsburgh, PA 15222-2707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2017 23:00:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2017 23:00:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516598508     E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 26 2017 23:00:49      Am Honda Fin,    Po Box 168088,
               Irving, TX 75016
516598505    +E-mail/Text: bknotices@conduent.com Jul 26 2017 23:01:40      Acs/Chela Fin Usa,
               Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516598506    +E-mail/Text: bknotices@conduent.com Jul 26 2017 23:01:40      Acs/mefa,    501 Bleecker St,
               Utica, NY 13501-2401
516598507    +E-mail/Text: bknotices@conduent.com Jul 26 2017 23:01:40      Acs/mefa,    Acs/Education Services,
               Po Box 7051,    Utica, NY 13504-7051
516835086    +E-mail/Text: cio.bncmail@irs.gov Jul 26 2017 23:00:15      Department of Treasury,
               Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516598511    +E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2017 22:59:53      G M A C,    Po Box 130424,
               Roseville, MN 55113-0004
516838208     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2017 23:01:55
               Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516833780*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Andrew O Armour ssherman@minionsherman.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```