# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–11052–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew O Armour
   268 North Mountain Ave
   Upper Montclair, NJ 07043

Social Security No.:
   xxx–xx–5812

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 11, 2018
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-11052-VFP
Andrew O Armour                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 11, 2018
                              Form ID: 148             Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db           +Andrew O Armour,    268 North Mountain Ave,    Upper Montclair, NJ 07043-1019
516598510     First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516598513    +Ironbrand Trading, Inc.,    268 North Mountain Ave.,    Montclair, NJ 07043-1019
516598514     KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
               Philadelphia, PA 19106
516648518    +MEFA,   c/o Sabrina Tran,    60 State St, 9th Fl,    Boston, MA 02109-1890
516735912    +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City, OK 73118-6051
516598515    +Midland Mortgage Company,    Attn: Bankruptcy,    Po Box 26648,    Oklahoma City, OK 73126-0648
516598516     PNC Bank,    One PNC Plaza,    249 Fifth Ave.,    Pittsburgh, PA 15222-2707
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:09     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516598508     EDI: HNDA.COM May 12 2018 03:33:00      Am Honda Fin,    Po Box 168088,    Irving, TX 75016
516598505    +E-mail/Text: bknotices@conduent.com May 11 2018 23:57:18      Acs/Chela Fin Usa,
               Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516598506    +E-mail/Text: bknotices@conduent.com May 11 2018 23:57:18      Acs/mefa,    501 Bleecker St,
               Utica, NY 13501-2401
516598507    +E-mail/Text: bknotices@conduent.com May 11 2018 23:57:19      Acs/mefa,    Acs/Education Services,
               Po Box 7051,    Utica, NY 13504-7051
516598509    +EDI: CAPITALONE.COM May 12 2018 03:34:00      Capital One,    Po Box 30285,
               Salt Lake City, UT 84130-0285
516661745     EDI: CAPITALONE.COM May 12 2018 03:34:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
516835086    +EDI: IRS.COM May 12 2018 03:34:00     Department of Treasury,    Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
516598511    +EDI: GMACFS.COM May 12 2018 03:33:00      G M A C,   Po Box 130424,    Roseville, MN 55113-0004
516598512    +EDI: IIC9.COM May 12 2018 03:35:00      IC Systems, Inc,    444 Highway 96 East,
               St Paul, MN 55127-2557
516838208     EDI: PRA.COM May 12 2018 03:33:00     Portfolio Recovery Associates, LLC,    c/o Household Bank,
               POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516833780*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott D. Sherman    on behalf of Debtor Andrew O Armour ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```